Order entered December 4 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00735-CR
No. 05-12-00736-CR

**ZAKIR SHAIKH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F11-00307-J, F11-00479-J**

## ORDER

The Court **REINSTATES** the appeals.

On November 16, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 30, 2012, we received appellant's brief, together with an extension motion. Accordingly, we **VACATE** the November 16, 2012 order requiring findings.

We **GRAMT** the extension motion and **ORDER** appellant's brief filed as of December 3, 2012.

The State's brief is due thirty days from the date of this order.

_____
DAVID L. BRIDGES
JUSTICE